AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Public Citizen, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-00253-RDM |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Public Citizen, Natural Resources Defense Council, and Communications Workers of America  .

Date:   04/10/2017

/s/ Scott L. Nelson
*Attorney's signature*

Scott L. Nelson, DC Bar No. 413548
*Printed name and bar number*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Address*

snelson@citizen.org
*E-mail address*

(202) 588-7724
*Telephone number*

(202) 588-7795
*FAX number*