# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>           Defendants. | Civil Action No. 1:17-cv-00253  RDM |

## MOTION TO DISMISS

Defendants move to dismiss plaintiffs' Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  The basis for this motion is set forth in the attached Memorandum of Points and Authorities.

                Respectfully submitted,

DATED:  April 10, 2017         CHAD A. READLER
                         *Acting Assistant Attorney General*
                         Civil Division

                         CHANNING D. PHILLIPS
                         *United States Attorney*

                         ERIC R. WOMACK
                         *Assistant Branch Director*
                         Civil Division, Federal Programs Branch

                         */s/ Daniel Bensing*
                         DANIEL BENSING (D.C. Bar No. 334268)
                         *Senior Trial Counsel*

                         MICHAEL DREZNER (V.A. Bar No. 83836)
                         *Trial Attorney*

        U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@usdoj.gov
*Counsel for Defendants*

Certificate of Service

      I hereby certify that on the 10th day of April 2017, I caused the forgoing Motion to Dismiss to be served on counsel for plaintiffs by filing with the Court's electronic case filing system.

*/s/ Daniel Bensing*

Daniel Bensing