IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 1:17-cv-00253 RDM |

## DEFENDANTS' NOTICE OF FILING

Defendants hereby submit this notice to file a corrected version of Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss (Dkt. 9-1). The attached version contains several minor typographical corrections. Pursuant to section 7 of the Court's Standing Order in Civil Cases (Dkt. 5), defendants have also attached a redline comparison of the original and the corrected filing.

DATED:  April 19, 2017

CHAD A. READLER
*Acting Assistant Attorney General*
Civil Division

CHANNING D. PHILLIPS
*United States Attorney*

ERIC R. WOMACK
*Assistant Branch Director*
Civil Division, Federal Programs Branch

*/s/ Daniel Bensing*
DANIEL BENSING (D.C. Bar No. 334268)
*Senior Trial Counsel*

1

MICHAEL DREZNER (VA Bar No. 83836)
*Trial Attorney*

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

*Counsel for Defendants*

Certificate of Service

      I hereby certify that on the 19th day of April 2017, I caused the forgoing Defendants' Notice of Filing to be served on counsel for plaintiffs by filing with the Court's electronic case filing system.

*/s/ Daniel Bensing*

Daniel Bensing