# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., NATURAL RESOURCES DEFENSE COUNCIL, and COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, et al.<br><br>    *Defendants*. | Civil Action No. 17-253 (RDM) |

**[PROPOSED] ORDER GRANTING MOTION OF PUBLIC HEALTH LAW CENTER, AMERICAN ACADEMY OF PEDIATRICS, BIG CITIES HEALTH COALITION, CAMPAIGN FOR TOBACCO-FREE KIDS, CENTER FOR SCIENCE IN THE PUBLIC INTEREST, CHANGELAB SOLUTIONS, COLLABORATION FOR RESEARCH INTEGRITY AND TRANSPARENCY, NATIONAL ASSOCIATION OF COUNTY AND CITY HEALTH OFFICIALS, NATIONAL WOMEN'S HEALTH NETWORK, PUBLIC GOOD LAW CENTER, PUBLIC HEALTH ADVOCACY INSTITUTE, PUBLIC HEALTH AND TOBACCO POLICY CENTER, AND TRUTH INITIATIVE FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

    It is hereby ORDERED that the motion of Public Health Law Center, American Academy of Pediatrics, Big Cities Health Coalition, Campaign for Tobacco-Free Kids, Center for Science in the Public Interest, ChangeLab Solutions, Collaboration for Research Integrity and Transparency, National Association of County and City Health Officials, National Women's Health Network, Public Good Law Center, Public Health Advocacy Institute, Public Health and Tobacco Policy Center, and Truth Initiative for leave to file a brief as amici curiae in support of the plaintiffs, filed with this Court on May 22, 2017, is GRANTED; and it is further

ORDERED that the Brief of Public Health Law Center, American Academy of Pediatrics, Big Cities Health Coalition, Campaign for Tobacco-Free Kids, Center for Science in the Public Interest, ChangeLab Solutions, Collaboration for Research Integrity and Transparency, National Association of County and City Health Officials, National Women's Health Network, Public Good Law Center, Public Health Advocacy Institute, Public Good Center, Public Health and Tobacco Policy Center, and Truth Initiative as Amici Curiae in Support of Plaintiffs is deemed filed in the above-captioned proceeding.

IT IS SO ORDERED.

Dated:

United States District Judge