UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN, INC., *et al.*,

    *Plaintiffs*,

v.

DONALD TRUMP, President of the United States, *et al.*,

    *Defendant*.

Civil Action No. 17-253 (RDM)

## SCHEDULING ORDER

As discussed at the scheduling conference held on May 23, 2017, it is hereby

**ORDERED** that:

1. Defendants' Motion to Stay Proceedings on Plaintiffs' Motion for Summary Judgment, Dkt. 21, is **DENIED**;

2. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, Dkt. 15, on or before June 26, 2017;

3. Defendants shall file their opposition to Plaintiffs' Motion for Summary Judgment, Dkt. 16, on or before June 26, 2017;

4. Defendants shall file their reply in support of their Motion to Dismiss Plaintiffs' First Amended Complaint on or before July 21, 2017;

5. Plaintiffs shall file their reply in support of their Motion for Summary Judgment on or before July 21, 2017;

6. Any further amici who seek to file briefs in support of Plaintiffs or Defendants shall file a motion seeking leave to file, accompanied by a proposed amicus brief, on or before June 12, 2017.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: May 23, 2017