IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al., ) | |
|     *Plaintiffs*, ) | |
| v. ) | Civil Action No. 17-253 (RDM) |
| DONALD TRUMP, et al., ) | |
|     *Defendants*. ) | |

**NOTICE OF WITHDRAWAL OF ATTOREY CICELY PARSEGHIAN**

Cicely O. Parseghian respectfully withdraws her appearance *pro hac vice* for *Amicus Curiae* the Union of Concerned Scientists ("UCS") in this matter. UCS will continue to be represented by all other counsel from Foley Hoag LLP who have entered appearances on its behalf, including lead counsel, Seth D. Jaffe.

                                  Respectfully submitted,

DATED: September 28, 2018        */s/ Cicely Parseghian*
                                                    Cicely O. Parseghian
                                                    MA Bar. No. 673847
                                                    FOLEY HOAG LLP
                                                    155 Seaport Boulevard
                                                    Boston, MA 02210
                                                    Tel: 617-832-1203
                                                    CParseghian@foleyhoag.com

B4887004.1

## CERTIFICATE OF SERVICE

I, Cicely Parseghian, hereby certify that on this 28th day of September, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filling to all counsel of record.

>  /s/ *Cicely Parseghian*
>  Cicely Parseghian

B4887004.1