UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, et al.,<br><br>    Defendants. | Civil Action No. 17-253 (RDM) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Sean M. Sherman as co-counsel for plaintiffs.

Dated: November 29, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Sean M. Sherman
　　　　　　　　　　　　　　　　　　　　　Sean M. Sherman
　　　　　　　　　　　　　　　　　　　　　(DC Bar No. 1046357)
　　　　　　　　　　　　　　　　　　　　　PUBLIC CITIZEN LITIGATION GROUP
　　　　　　　　　　　　　　　　　　　　　1600 20th Street NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　　　　(202) 588-1000

　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs