# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 1:17-cv-00253 RDM |

## JOINT MOTION TO POSTPONE STATUS HEARING

In the interest of judicial efficiency, the parties submit this joint motion to postpone the status hearing scheduled for Monday, May 13 at 10:00 to any time Friday afternoon, May 17, which counsel understand is a time available on the Court's schedule.

On Tuesday, May 7, Defendants served responses to all of Plaintiffs' written discovery, consisting of interrogatory answers from five agencies (OMB, DOE, DOL, DOT and EPA), responses to requests for admission from three agencies (DOE, DOL and DOT), and a response to requests for documents from OMB. Counsel for Plaintiffs have reviewed these responses and counsel for the parties conducted an initial telephonic meet-and-confer session about the discovery this afternoon. The parties believe that with additional time to review the responses and confer they may be able to narrow issues in dispute, resulting in a more productive status hearing.

Wherefore, the parties jointly request that the Court vacate the status hearing scheduled for Monday, May 13 at 10:00 and reschedule that status hearing to any time on the afternoon of Friday, May 17.

DATED: May 10, 2019          Respectfully submitted,

         JOSEPH H. HUNT
         Assistant Attorney General

         JESSE K. LIU
         United States Attorney

         ERIC R. WOMACK
         Assistant Branch Director

         */s/ Daniel Bensing*
         DANIEL BENSING (D.C. Bar No. 334268)
         Senior Trial Counsel

         MICHAEL DREZNER (V.A. Bar No. 83836)
         Trial Attorney

         MICHAEL BAER (N.Y. Bar No. 5384300)
         Trial Attorney

         U.S. Department of Justice
         Civil Division, Federal Programs Branch
         1100 L St., N.W., Rm. 12028
         Washington, DC 20005
         Telephone: (202) 305-0693
         Facsimile: (202) 616-8460
         Email: Daniel.Bensing@usdoj.gov

         *Counsel for Defendants*

         */s/ Allison Zieve*
         Allison M. Zieve
         (DC Bar No. 424786)
         Scott L. Nelson
         (DC Bar No. 413548)
         PUBLIC CITIZEN LITIGATION GROUP
         1600 20th Street NW
         Washington, DC 20009
         (202) 588-1000

         Counsel for all Plaintiffs

Patricia M. Shea
(DC Bar No. 367231)
COMMUNICATIONS WORKERS OF AMERICA
501 3rd Street NW
Washington, DC  20001
(202) 434-1100

Counsel for Communications Workers
of America

Patti A. Goldman
(DC Bar No. 398565)
EARTHJUSTICE
705 2nd Avenue, #203
Seattle, WA  98104
(206) 343-7340

Counsel for all Plaintiffs

Michael E. Wall
(CA Bar No. 170238)
Cecilia D. Segal
(CA Bar No. 310935)
NATURAL RESOURCES DEFENSE
COUNCIL, INC.
111 Sutter Street, Floor 21
San Francisco, CA  94104
(415) 875-6100

Counsel for Natural Resources Defense
Council, Inc.

<u>Certificate of Service</u>

  I hereby certify that on the 10th day of May, 2019, I caused the forgoing Joint Motion to Postpone Status Hearing to be served on counsel for Plaintiffs by filing with the Court's electronic case filing system.

                <u>*/s/ Daniel Bensing*</u>

                Daniel Bensing